United States District Court
Southern District of Texas
**ENTERED**
March 13, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JANE DOE (T.S.), | § | |
| | § | |
| *Plaintiff,* | § | |
| VS. | § | CIVIL ACTION NO. 4:23-cv-01729 |
| | § | |
| SALESFORCE, INC. *et al.*, | § | |
| | § | |
| *Defendant.* | § | |
| | § | |

## ORDER

Pending before the Court is Defendant Salesforce, Inc.'s ("Salesforce") Motion to Dismiss. (Doc. No. 9). Plaintiff Jane Doe (T.S.)'s ("Doe") responded in opposition. (Doc. No. 15). Defendant filed a reply. (Doc. No. 16). The two primary issues in the motion were the application of the relevant statute of limitations and the application of 47 U.S.C. § 230. In its reply, Salesforce withdrew its statute of limitations argument. (Doc. No. 16 at 9). This leaves only the application of § 230 as the main issue in the motion to dismiss. This Court recently denied summary judgment in a related case, *A.B. v. Salesforce.com, Inc.* (No. 4:20-cv-01254) involving the applicability of § 230. Considering the pending appeal of that interlocutory order in the Fifth Circuit, the Court **DENIES WITHOUT PREJUDICE** Defendant Salesforce's Motion to Dismiss. (Doc. No. 9). The Court hereby **STAYS** the present action pending the resolution of the interlocutory appeal in *A.B. v. Salesforce.com, Inc.* (No. 4:20-cv-01254).

Signed at Houston, Texas, on this the 13th day of March, 2024.

Andrew S. Hanen
United States District Judge